JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-5306 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| John D. Ornelas, aka John D. Ornelas Jr., | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John D. Ornelas, aka John D. Ornelas Jr., in the principal amount of $8,000.00 plus interest accrued to June 15, 2012, in the sum of $6,589.27; with interest accruing thereafter at the daily rate of $0.78 until entry of judgment, for a total amount of $<u>14,589.27</u>.

DATED: 11/29/2012          By: <u>TERRY NAFISI</u>
                               Clerk of the Court

                               <u>/s/ J. Lam</u>
                               Deputy Clerk
                               United States District Court